ACCEPTED
01-15-01004-CV
FIRST COURT OF APPEALS
Chris Daniel - District Clerk Harris County HOUSTON, TEXAS
Envelope No. 7877403 AM
CHRISTOPHER A. PRINE
Filed: 11/24/2015 3:34:06 PM

CAUSE NO. 2011-64922

| | | |
|---|---|---|
| LAYNE HARDIN AND KATHERINE LEBLANC | § § § | IN THE DISTRICT COURT OF |
| V. | § § § § | |
| OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A., N/K/A OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, PLLC, TEXAS ANDROLOGY SERVICES, LLC AND TOBIE DEVALL | § § § § § § | HARRIS COUNTY, TEXAS |
| | § | 55TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 8:47:18 AM
CHRISTOPHER A. PRINE
Clerk

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs, Layne Hardin and Katherine LeBlanc file this Notice of Appeal of the Final Judgment signed by the Court on October 29, 2015.

Plaintiffs, Layne Hardin and Katherine LeBlanc appeal to the First Court of Appeals pursuant to 1ST TEX. APP. (HOUSTON) LOC. R. 1.4, the First Court of Appeals issued a previous appellate decision in 2013 in this case. The following is the caption from the previous appeal:

No. 01-13-00236-CV

IN THE COURT OF APPEALS
FIRST JUDICIAL DISTRICT OF TEXAS

_____

OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, P.A. N/K/A OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, PLLC

Appellant

V.

LAYNE HARDIN AND KATHERINE LEBLANC,

Appellees

_____

Appealed from the 55th Judicial District Court of
Harris County, Texas

Respectfully submitted,

**BERNSEN LAW FIRM**

David E. Bernsen
State Bar No. 02217500
dbernsen@bernsenlaw.com
Christine L. Stetson
State Bar No. 00785047
cstetson@bernsenlaw.com
Cade Bernsen
State Bar No. 24073918
cbernsen@bernsenlaw.com
420 North MLK, Jr. Parkway
Beaumont, Texas  77701
409/212-9994 – Telephone
409/212-9411 – Facsimile

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on the following counsel of record either electronically, facsimile, or U. S. Postal Service on this the 24th day of November, 2015:

James B. Edwards
Donald S. Stephens
Edwards & Associates
12603 Southwest Freeway, Suite 200
Stafford, Texas 77477
*Attorneys for Obstetrical and Gynecological Associates, PA, n/k/a Obstetrical and Gynecological Associates, PLLC, and Texas Andrology Services, LLC*

J. Lee Hoffoss, Jr.
Hoffoss Devall, LLC.
3205 Ryan Street
Lake Charles, Louisiana 70601
*Attorneys for Tobie Devall*

David E. Bernsen